# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Huey Brock, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Century Surety Company and Does 1-50, | ) | Case No. 4-14-cv-156 |
| Defendant. | ) | |

The court held a scheduling conference on December 13, 2016 to discuss a briefing schedule for a potential motion for summary judgment by the Defendant. Pursuant to the discussions during that conference, the court **ORDERS** the following deadlines regarding the Defendant's likely motion for summary judgment. Defendant shall file its summary judgment motion and supporting documentation by January 31, 2017. Plaintiff shall file his response and supporting documentation by March 15, 2017. Defendant shall file its reply and supporting documentation by March 22, 2017.

Unless the court issues a contrary order, discovery in this matter is **STAYED** until the court decides the issue of summary judgment.

**IT IS SO ORDERED.**

Dated this 13th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court